IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CR 114-125 |
| MARCO CHARLES GILBERT | ) | |

**O R D E R**

Counsel in the above-captioned case have advised the Court that all pretrial motions have been satisfied or otherwise resolved. (See doc. no. 29.) Therefore, a motions hearing in this case is not necessary, and all pending pretrial motions are **MOOT**. (Doc. nos. 18-21, 23-24.)

SO ORDERED this 19th day of February, 2015, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA