IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO: CR 114-125 |
| | ) | |
| | ) | |
| MARCO CHARLES GILBERT | ) | |

**ORDER**

The defendant, Marco Charles Gilbert, is in the custody of the Bureau of Prisons.

Surety, Brittani Ward, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by Brittani Ward for the defendant, plus all accrued interest thereon, be returned to Brittani Ward at 2687 Thomas Lane Augusta, GA 30906.

This 11th day of January 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA